AUGUSTUS ADAMS *vs.* DEXTER E. WADLEIGH.

In a deposition taken by commission objections to the form of interrogatories must be taken before the commission issues.

ACTION OF CONTRACT upon a promissory note. At the trial in the superior court of Suffolk at January term 1857, the defendant introduced in evidence a deposition taken by commission, to which the plaintiff then for the first time objected, because the interrogatories were leading, and because in one of them the defendant assumed a fact to have been stated in reply to a previous interrogatory, which the witness had not stated, and which had not been otherwise proved at the trial. *Huntington,* J. overruled the objection, and admitted the deposition. The jury returned a verdict for the defendant, and the plaintiff alleged exceptions.

*J. B. Robb,* for the plaintiff.

*E. F. Hodges,* for the defendant.

DEWEY, J. The deposition of Boynton was properly admitted. The objections should have been specifically noted before the issuing of the commission. They go to the form of the interrogatories merely, and not to the competency of the evidence. *Allen* v. *Babcock,* 15 Pick. 56. *Potter* v. *Tyler,* 2 Met. 64. *Atlantic Mutual Fire Ins. Co.* v. *Fitzpatrick,* 2 Gray, 279.

*Exceptions overruled.*